**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**LARRY WHITE**                                                                          **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO.:  1:05CV227LG**

**MINNESOTA MINING & MANUFACTURING**                                 **DEFENDANTS**
**COMPANY, ET AL.**

**AGREED ORDER OF DISMISSAL FOR THE
DEFENDANT, E. I. DU PONT DE NEMOURS AND COMPANY**

THIS CAUSE is before the Court, pursuant to the Joint Motion [48] of Plaintiff and of Defendant

E. I. du Pont de Nemours and Company for the dismissal of the Plaintiff's claims solely against the

Defendant, E. I. du Pont de Nemours and Company, without prejudice.  The Court, having considered

said Motion and otherwise being fully advised in the premises, finds that the Motion is well taken and

should be granted.

IT IS, THERFORE, ORDERED AND ADJUDGED that the Complaint, all amendments thereto,

and all claims and causes of action which were, or might have been, asserted by Plaintiff against the

Defendant, E. I. du Pont de Nemours and Company, shall be and the same hereby are dismissed, without

prejudice, with each party to bear its own costs of Court.

IT IS FURTHER ORDERED AND ADJUDGED that this dismissal is effective solely with

regard to the claims of Plaintiff against only Defendant, E. I. du Pont de Nemours and Company, and

does not affect the rights of any other party in this action.

**SO ORDERED AND ADJUDGED** this the 23rd day of June, 2016.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge

**APPROVED AND AGREED AS TO FORM AND CONTENT:**

**FOR THE PLAINTIFF,**
**LARRY A. WHITE, SR.**

s/Patrick Malouf
**PATRICK C. MALOUF (MB #9702)**
PORTER MALOUF
825 Ridgewood Road
Ridgeland, Mississippi 39157
Telephone: (601) 957-1173
Facsimile: (601) 957-7366

**FOR THE DEFENDANT**,
**E. I. DU PONT DE NEMOURS AND COMPANY**

s/ Charles H. Abbott
**CHARLES H. ABBOTT (MB #100970)**
COTTEN, SCHMIDT & ABBOTT, LLP
650 Poydras Street, Suite 2810
New Orleans, Louisiana 70130
Telephone:  (504) 568-9393
Facsimile: (504) 524-1933